**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Ashton L. Black - deceased, Charles N. Dunn, and Joshua Cook, Defendants,

Of whom Joshua Cook is the Appellant

and Ashton L. Black - deceased and Charles N. Dunn are Respondents.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-000495

———————————

Appeal From Oconee County
Karen F. Ballenger, Family Court Judge

———————————

Unpublished Opinion No. 2021-UP-441
Submitted December 2, 2021 – Filed December 9, 2021

———————————

**AFFIRMED**

———————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

Thomas Harper Collins, of Harper Collins LLC, of Anderson, for Respondent Ashton Black.

Ashley Phillips Case, of Fountain Inn, and Andrew Troy Potter, of Anderson, both for Respondent South Carolina Department of Social Services.

Kimberly Welchel Pease, of Seneca, for the Guardian ad Litem.

---

**PER CURIAM:** Joshua Cook appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Cook's counsel.

**AFFIRMED.**[1]

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.